**IN THE MATTER OF THE**
**APPLICATION TO RESIGN FROM**
**FROM THE PRACTICE OF LAW**
**OF JONATHAN DAVID SUSS**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 90**

\*    **September Term, 2020**

## O R D E R

Upon consideration of the Application to Resign from the Practice of Law of Jonathan David Suss and the response of Bar Counsel, filed in the above-captioned case, it is this 15th day of June, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the resignation of Jonathan David Suss from the Bar of the State of Maryland is hereby accepted; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name Jonathan David Suss from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk